# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIQUE GARAGE DOOR INC. | Case No. SA CV 19-00756-AB (FFMx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| CLOPAY BUILDING PRODUCTS COMPANY, INC., | |
| Defendant. | |

The parties have advised the Court that this action has been settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 5, 2020 _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE